UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00206-MOC-DLH

| | | |
|---|---|---|
| **JUDITH BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **ECONOMY PREMIER ASSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendants' Motion to Dismiss For Failure to State a Claim (#5) and Motion for Judgment on the Pleadings (#7). Subsequent to the filing of these Motions, plaintiff filed a first Amended Complaint (#13) in this matter. Accordingly, the defendant's Motions have been rendered <u>moot</u> by the filing of the Amended Complaint.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss For Failure to State a Claim (#5) and Motion for Judgment on the Pleadings (#7) are each **DENIED**, without prejudice, as **MOOT**.

Signed: September 5, 2017

Max O. Cogburn Jr
United States District Judge