UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00206-MOC-DLH

| | |
|---|---|
| **JUDITH BROWN,** | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) ORDER |
| **ECONOMY PREMIER ASSURANCE COMPANY,** | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the court on defendant's Motion to Stay Initial Attorney's Conference and All Discovery Due to Defendant's Pending Rule 12(c) Motion for Judgment on the Pleadings. The Court notes that the referral of this September 11, 2017, motion to Judge Howell was termed on December 14, 2017, but that the referral of the substantive Motion for Judgment on the Pleadings remains in place. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Stay Initial Attorney's Conference and All Discovery Due to Defendant's Pending Rule 12(c) Motion for Judgment on the Pleadings (#17) is **GRANTED**, and the requirement of conducting an IAC or filing a CIAC is **STAYED** pending resolution of the Motion for Judgment on Pleadings, which remains referred to Judge Howell for preparation of an M&R. The Court specifically does not take up the request to

stay "all discovery" inasmuch as some discovery is allowed without leave of court prior to joinder of the issues under the 2015 revisions to the Federal Rules of Civil Procedure.

Signed: December 15, 2017

Max O. Cogburn Jr
United States District Judge