UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00206-MOC-DLH

| | | |
|---|---|---|
| **JUDITH BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ECONOMY PREMIER ASSURANCE COMPANY,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Partial Reconsideration. Having considered defendant's motion and reviewed the pleadings, including the Response (#25), and the Reply (#26), the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Partial Reconsideration (#22) is **DENIED**. The elements of defendant's "false statement" affirmative defense are, however, left open for further consideration on summary judgment <u>after</u> the close of discovery and, if this matter survives summary judgment, at trial during the charging conference.

Signed: April 25, 2018

Max O. Cogburn Jr.
United States District Judge

-1-