# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17CV206

| | | |
|---|---|---|
| JUDITH BROWN, | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ECONOMY PREMIER ASSURANCE COMPANY, | ) ) ) | |
| **Defendant.** | ) ) | |

This matter is before the Court on Defendant's Motion for Order (# 28) pursuant to N.C. Gen. Stat. § 58-79-40(a)-(c). Defendant seeks an order allowing the production of information and documentation relating to its investigation of the fires on October 11, 2016, and October 12, 2016, at Plaintiff's property, pursuant to N.C. Gen. Stat. § 58-79-40(a) and (b), and providing Defendant and its employees, representatives, experts, and defense counsel with the protection provided by N.C. Gen. Stat. § 58-79-40(c). Def.'s Mot. (# 28) at 1. Plaintiff filed a Response in Support (# 29).

The Court has thoroughly researched N.C. Gen. Stat. § 58-79-40 and the case citing the statute. The Court concludes that the statute speaks for itself. Moreover, the Court notes that it failed to find a single case in a similar posture providing the relief Defendant now seeks. Therefore, Defendant's Motion for Order (# 28) is DENIED.

Signed: August 31, 2018

Dennis L. Howell
United States Magistrate Judge